Law Office of Jennifer E. Tucek, PC
315 Madison Avenue, Suite 3054
New York, New York 10017
(917) 669-6991
TucekLaw@GMail.com

[SDNY ECF stamp: FILED: 2/8/2023]

February 6, 2023

*Granted. Conference adjourned to 3/9/2023 @ 11:15 a.m.*

*/s/ Colleen McMahon*
*2/8/2023*

Honorable Colleen McMahon
United States District Court
Southern District New York
500 Pearl Street, Room 1350
New York, New York 10007

Re: *Adams v. UNG3 Realty LLC et al.* 22-cv-10052 (CM)

Dear Judge McMahon:

    I represent the plaintiff, Javier Monge, in the above-referenced matter. I am writing to request a 30-day adjournment of the initial scheduling conference currently set for February 9, 2023. The Defendants were served on January 12, 2023, and their Answers were due on February 1, 2023. Plaintiff is requesting an adjournment to afford the Defendants time to appear and the Parties time to discuss the matter. I will be filing the Affidavits of Service today and reaching out to defendants. If defendants do not respond, I will take appropriate steps to seek a default. Plaintiff respectfully requests a 30-day adjournment of the conference. Thank you.

Respectfully Submitted,

/s/Jennifer E. Tucek